## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 151 WAL 2014
                                           :

        Respondent          :

                                           : Petition for Allowance of Appeal from the
                                         : Order of the Superior Court

        v.                 :

                                           :

                                         :

RAMONE STEPHAN COTO,     :

                                         :

        Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.